IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAUN HILLEY,
    Plaintiff,

vs.                                       Case No. 3:06cv350/LAC/MD

JAMES MCDONOUGH, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on August 15, 2006 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On June 11, 2007 this court issued an order directing plaintiff to file a third amended complaint within thirty days. (Doc. 52). Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action. (*Id.*). Plaintiff did not respond to the court's order.

Accordingly, on July 27, 2007 the court entered an order requiring plaintiff to show cause, within twenty days, why this cause should not be dismissed for his failure to comply with an order of the court. (Doc. 54). Over twenty days has elapsed, and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 31st day of August, 2007.

/s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:06cv350/LAC/MD*